IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 07-59 |
| | ) | |
| WALTER J. THOMISON, JR. | ) | |

## ORDER

AND NOW, this 3rd day of May, 2013, IT IS HEREBY ORDERED that the cash bond posted by defendant on April 20, 2007, currently in the amount of $1,001.73 in the registry of the Clerk of Court, shall be applied to the remaining amount of restitution for back child support payments, due and owing as a result of this Court's order of judgment, imposed on February 22, 2008 [document #35].

BY THE COURT:

s/Terrence F. McVerry    J.
United States District Judge,
as Miscellaneous Judge

1